[Nos. 34967-1-II; 35744-5-II.   Division Two.   August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT EDWARD BEATTY, *Appellant*.

*In the Matter of the Personal Restraint of* DELBERT EDWARD BEATTY, *Petitioner*.

Appeals from a judgment of the Superior Court for Lewis County, No. 05-1-00282-9, Nelson E. Hunt, J., entered June 9, 2006, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 35048-3-II.   Division Two.   August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS PINES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00449-1, Anna M. Laurie, J., entered June 9, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35070-0-II.   Division Two.   August 21, 2007.]

*In the Matter of the Marriage of* PETER PAUL TOLAND, *Appellant*, and ETSUKO FUTAGI TOLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-03026-0, Susan Serko, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35109-9-II.   Division Two.   August 21, 2007.]

*In the Matter of the Marriage of* JANELL KAY HENDERSON, *Respondent*, and RANDY GENE HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-3-00270-0, Roger A. Bennett, J., entered June 16, 2006. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.